**SO ORDERED.**

1  Ronald M. Horwitz (005655)
   Janessa E. Koenig (018618)

2  **JABURG & WILK, P.C.**
   3200 N. Central Avenue, Suite 2000

3  Phoenix, Arizona 85012
   rmh@jaburgwilk.com

4  jek@jaburgwilk.com
   (602) 248-1000

5

6  Attorneys for Movant

**Dated: January 12, 2010**

_____
   **CHARLES G. CASE, II**
   **U.S. Bankruptcy Judge**

_____

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

7

8

9                    UNITED STATES BANKRUPTCY COURT

10                          DISTRICT OF ARIZONA

11

12  In re:                                    Chapter 13

13  FRANCISCO C. SOLIS and
    CORINA RENAE SOLIS
                                              No: 2-09-bk-13139-CGC
14          Debtors.

15

16  WELLS FARGO FINANCIAL ARIZONA,            **ORDER FOR RELIEF FROM THE**
    INC.,                                     **AUTOMATIC STAY**
17

18          Movant,

19  v.

20  FRANCISCO C. SOLIS and
    CORINA RENAE SOLIS and
21  RUSSELL BROWN, Trustee,

22          Respondent.

23

24       This matter coming before this Court pursuant to the Motion of Secured Creditor, WELLS

25  FARGO FINANCIAL ARIZONA, INC., to lift the automatic stay with respect to the Estate and

26  to the Debtors' interest in the real property described in the Note and Deed of Trust attached to

27  Motion; respectively; that the Debtors have defaulted in their post-petition installment payments

28  and cause exists for lifting the automatic stay; that the Debtors have been unable to afford Movant

adequate protection for its interest in said property; that there is no equity in said property for the bankruptcy estate, and that Movant should be permitted to foreclose its lien upon said property.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Automatic Stay provided by 11 U.S.C. § 362 and any injunction arising under 11 U.S.C.§ 524 are lifted and vacated with respect to both the Estate and the Debtors' interest in the property described, to wit:

> LOT 79, OF SAN VICENTE, A SUBDIVISION, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 498 OF MAPS, PAGE 49.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this Order shall remain in effect in any bankruptcy chapter to which the Debtors may convert.

DATED this _____ day of _____, 2009.


_____
UNITED STATES BANKRUPTCY JUDGE

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

| | |
|---|---|
| 1 | **COPY** of the foregoing mailed<br>this 8th day of December, 2009, to: |
| 2 | |
| 3 | FRANCISCO C. SOLIS<br>CORINA RENAE SOLIS<br>2165 N. San Vincente Drive |
| 4 | Chandler, AZ  85225 |
| 5 | JAMES R. MCDONALD, JR.<br>1907 E. Broadway #1 |
| 6 | Tempe, AZ  85282 |
| 7 | RUSSELL BROWN<br>Suite 800 |
| 8 | 3838 N. Central Avenue<br>Phoenix, AZ  85012-1965 |
| 9 | |
| 10 |   s/ Jeanette Chavez |

**JABURG & WILK, P.C.**
**ATTORNEYS AT LAW**
**3200 NORTH CENTRAL AVENUE**
**SUITE 2000**
**PHOENIX, ARIZONA 85012**

3